**Order entered December 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01003-CV

**THOMAS CLYDE DAVIS, Appellant**

**V.**

**TERIE LERLENE DAVIS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-19393**

## ORDER

Before the Court is appellee's December 27, 2018 unopposed motion for a forty-five day extension of time to file her brief. We **GRANT** the motion to the extent that appellee shall file her brief by **February 15, 2019**.

/s/    DAVID EVANS
        JUSTICE